UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CATHERINE VASQUEZ-ORTIZ,

    Plaintiff,

v().                                                    CASE NO: 8:04-cv-1570-T-23TBM

PHC PARTNERS, INC.,
d/b/a Pediatric Health Choice,

    Defendant.
_____/

**ORDER**

    Catherine Vasquez-Ortiz sues PHC Partners, Inc., ("PHC") for "interference," discrimination, and retaliation pursuant to the Family Medical Leave Act ("FMLA"), the Americans with Disabilities Act ("ADA"), Title VII, and Florida statutes. The defendant's motion (Doc. 24) for summary judgment was referred to United States Magistrate Judge Thomas B. McCoun, III, for a report and recommendation. Magistrate Judge McCoun recommends (Doc. 43) that the Court grant the motion for summary judgment on the retaliation claims and deny the motion on the interference claim and the discrimination claims. Further, Magistrate Judge McCoun recommends that the court grant the motion for summary judgment to the extent that the discrimination claims pursuant to the ADA and Florida statue assert a claim for a hostile work environment. The defendant objects (Doc. 64) to the Magistrate Judge's report and recommendation.

A review of the parties' memoranda on the motion for summary judgment, the Magistrate Judge's report and recommendation, the defendant's objection, and the plaintiff's response reveals no error in the Magistrate Judge's assessment of the facts or application of law.  Accordingly, the defendant's objections (Doc. 64) are **OVERRULED**, and the Magistrate Judge's report and recommendation (Doc. 43) is **ADOPTED**.  The defendant's motion for summary judgment (Doc. 24) is **GRANTED IN PART** and **DENIED IN PART**.  The motion for summary judgment is **DENIED** on counts one and two and **GRANTED** on counts five and six.  The motion for summary judgment on counts three and four is **GRANTED** to the extent the counts assert claims for a hostile work environment and is otherwise **DENIED**.

ORDERED in Tampa, Florida, on December 19, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy